| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------x<br>In re:<br>**BASIM I. KHOURY**<br>**aka IBASIM KHOURY**<br>**aka DASIM KHOURI**,<br>                      Debtor.<br>------------------------------------------------------------x | Presentment date and time:<br>September 15, 2022 at 9:00 a.m.<br><br>Case No. 17-23597 (cgm)<br>Chapter 13 |

## NOTICE OF PRESENTMENT OF
## ORDER APPROVING LOAN MODIFICATION AGREEMEENT

     **PLEASE TAKE NOTICE** that upon the annexed motion of secured creditor PHH Mortgage Corporation ("PHH") as servicer For Deutsche Bank National Trust Company, As Trustee For Soundview Home Loan Trust 2006-OPT2, Asset-Backed Certificates, Series 2006-OPT2, the undersigned will present the attached proposed order to the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, for signature on **September 15, 2022 at 9:00 A.M.,** in the forenoon of that day, or as soon thereafter as counsel can be heard.

     **PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's Chambers at least three (3) days before the date of presentment, there will not be a hearing and the order may be signed.

     **PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel my result in relief being granted or denied upon default.

Dated: Westbury, New York
        August 9, 2022

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Phone: (516) 280-7675
Fax: (516 280-7674


By: /s/ Cleo F. Green_____

Cleo F. Green, Esq.
Email: cleogreen@raslg.com