UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:
**BASIM I. KHOURY**                                    Case No. 17-23597 (cgm)
**aka IBASIM KHOURY**                                  Chapter 13
**aka DASIM KHOURI**,

                              Debtor.
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Presentment of Order Approving Loan Modification Agreement to be furnished to the following parties on the 9th of August, 2022 by United States first-class mail or by electronic notification.

| | |
|---|---|
| Basim I. Khoury - Debtor<br>39 Burhans Avenue<br>Yonkers, NY 10701 | Harold J. Johnson – Attorney for Debtor<br>175 Main Street, Suite 407<br>White Plains, NY 10601<br>Email: johnsonhj@aol.com |
| Krista M. Preuss – Standing Ch 13 Trustee<br>399 Knollwood Road<br>White Plains, NY 10603 | U.S. Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 |

***SEE ADDITIONAL LIST OF CREDITORS ATTACHED HERETO AND MADE A PART HEREOF**

                                            Robertson, Anschutz, Schneid, Crane & Partners PLLC
                                            Attorney for Secured Creditor
                                            900 Merchants Concourse, Suite 310
                                            Westbury, New York 11590
                                            Telephone: (516) 280-7675
                                            Fax: (516) 280-7674

                                            By: /s/___Cleo F. Green_____
                                            Cleo F. Green, Esq.
                                            Email: cleogreen@raslg.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-7<br>Case 17-23597-cgm<br>Southern District of New York<br>White Plains<br>Wed Aug  3 14:09:46 EDT 2022 | Consolidated Edison Company of New York, Inc<br>Consolidated Edison Company of New York<br>4 Irving Place<br>New York, NY 10003 New York 10003-3502 | Deutsche Bank National Trust Company<br>Robertson, Anschutz & Schneid, P.L,<br>6409 Congress Ave.,<br>Suite 100<br>Boca Raton, FL 33487-2853 |
| United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014-7016 | White Plains Division<br>300 Quarropas Street<br>White Plains, NY 10601-4140 | CAPTIAL ONE BANK (USA), N.A.<br>15000 CAPITAL ONE DRIVE<br>RICHMOND, VA 23238-1119 |
| CON EDISON<br>P.O. BOX 138<br>NEW YORK, NY 10276-0138 | CONSOLIDATED COMPANY OF NEW YORY, INC<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003-3502 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC<br>BANKRUPTCY GROUP<br>4 IRVING PLACE, ROOM 1875-S<br>NEW YORK, NY 10003-3502 |
| Deutsche Bank National Trust Company<br>c/o Ocwen Loan Servicing, LLC<br>ATTN: Bankruptcy Department<br>PO BOX 24605<br>West Palm Beach, FL  33416-4605 | Harold J. Johnson, Esq.<br>175 Main Street<br>Suite 407<br>White Plains, NY 10601-3126 | J. CEASAR GALARZA, ESQ<br>5020 SUNRISE HIGHWAY<br>MASSAPEQUA, NY 11758 |
| Judith H. Juliet<br>100 Cedar Street<br>Dobbs Ferry, NY 10522-1016 | L. Blake Morris, Esq.<br>1214 Cortelyou Rd.<br>Brooklyn, NY 11218-5434 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)MALEN & ASSOCIATES PC<br>123 FROST STREET<br>SUITE 203<br>WESTBURY NY 11590-5027 | MIDLAND FUNDING LLC<br>2365 NORTHSIDE DRIVE<br>STE 300<br>SAN DIEGO, CA 92108-2710 | NICHOLAS VINCENT CAMPASANO<br>2000 DEER PARK AVENUE<br>DEER PARK, NY 11729-2730 |
| NYS DEPT. OF MOTOR VEHICLES<br>P.O. BOX 2700-ESP<br>ALBANY, NY 12200 | NYS TAX COMMISSION<br>P.O. BOX 5149<br>ALBANY, NY 12205-0149 | New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 |
| OCWEN LOAN SERVICING LLC<br>P.O. BOX 24738<br>WEST PALM BEACH, FL 33416-4738 | PARTS AUTHORITY INC.<br>605 ALBANY AVENUE<br>AMITYVILLE, NY 11701-1101 | PEOPLE'S ALLIANCE FCU<br>125 WIRELESS BLVD<br>HAUPPAUGE, NY 11788-3961 |
| PHH Mortgage Corporation<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Parts Authority, Inc.<br>L. Blake Morris, Esq.<br>1214 Cortelyou Rd.<br>Brooklyn, NY 11218-5434 | People's Alliance Federal Credit Union<br>c/o Campasano Law Firm<br>2000 Deer Park Avenue<br>Deer Park NY 11729-2730 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Robertson, Anschutz & Schneid, P.L.<br>Attorneys for Deutsche Bank National<br>Trust Company<br>6409 Congress Avenue, Ste 100<br>Boca Raton, FL 33487-2853 | (p)SELIP AND STYLIANOU  LLP<br>PO BOX 9004<br>WOODBURY NY 11797-9004 |

| | | |
|---|---|---|
| SHERIFF OF WESTCHESTER COUNTY<br>CIVIL UNIT, ROOM L217<br>110 DR MARTIN LUTHER KING BLVD<br>WHITE PLAINS, NY 10601-2519 | STEPHEN M. ABRAMI, ESQ.<br>500 NORTH BROADWAY<br>SUITE 223<br>JERICHO, NY 11753-2128 | VM PETROL HOLDING CORP.<br>2188 KIRBY LANE<br>SYOSSET, NY 11791-9614 |
| VM Petro Holding Corp.<br>c/o Stephen M. Abrami, Esq.<br>500 N. Broadway, Suite 223<br>Jericho, NY 11753-2128 | Yonkers Teacher's FCU<br>P.O. Box 1066<br>Yonkers, NY 10703-8066 | Yonkers Teachers Federal Credit Union<br>1 Executive Blvd<br>Yonkers, NY 10701-6822 |
| Basim I. Khoury<br>39 Burhans Avenue<br>Yonkers, NY 10701-5501 | Harold J. Johnson<br>175 Main Street<br>Suite 407<br>White Plains, NY 10601-3126 | Krista M. Preuss<br>Chapter 13 Standing Trustee<br>399 Knollwood Road<br>White Plains, NY 10603-1931 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| MALEN & ASSOCIATES<br>123 FROST STREET<br>WESTBURY, NY 11590 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | SELIP & STYLIANOU, LLP<br>COLLECTING FOR MIDLAND FUNDING<br>P.O. BOX 9004<br>WOODBURY, NY 11797-9004 |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     0
Total                  38